**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Beverly R. Wheeler, Appellant,

v.

Spartanburg School District Six and Wausau Business Insurance Company, Respondents.

Appellate Case No. 2011-191506

———————————

Appeal from the Workers' Compensation Commission

———————————

Unpublished Opinion No. 2012-UP-570
Heard October 3, 2012 – Filed October 24, 2012

———————————

**AFFIRMED**

———————————

Toney J. Lister, Lister, Flynn & Kelly, P.A., of Spartanburg, for Appellant.

Jason A. Griggs, Willson Jones Carter & Baxley, P.A., of Greenville, for Respondents.

———————————

**PER CURIAM:** Beverly Wheeler appeals the workers' compensation commission's decision denying her claim for benefits. We find that substantial evidence supports the commission's decision and that it was not affected by an error of law. Therefore, we affirm pursuant to Rule 220(b)(1), SCACR, and

*Bentley v. Spartanburg Cnty.*, 398 S.C. 418, 421, 730 S.E.2d 296, 298 (2012) (stating "an appellate court may not substitute its judgment for that of the agency as to the weight of the evidence on questions of fact, but it may reverse when the decision is affected by an error of law").

**AFFIRMED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**